UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. 12-0456 PJH |
| Plaintiff, | ) ) | STIPULATED ORDER EXCLUDING TIME |
| v. | ) ) | UNDER THE SPEEDY TRIAL ACT |
| Tiffany Huynh | ) ) | **FILED** |
| Defendant. | ) ) | JUN 21 2012 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND |

For the reasons stated by the parties on the record on __June 21__, 2012, the Court excludes time under the Speedy Trial Act from __June 21__, 2012 to __July 11__, 2012 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factors:

____ Failure to grant a continuance would be likely to result in a miscarriage of justice.
*See* 18 U.S.C. § 3161(h)(7)(B)(i).

____ The case is so unusual or so complex, due to [*check applicable reasons*] ____ the number of defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 6/21/12

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATED: _Leanne Hartmann_
LEANNE HARTMANN
Attorney for Defendant

_Brian C. Lewis_
BRIAN C. LEWIS
Assistant United States Attorney